UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MAURICE P. LEWIS,                                    Case No. 2:05-CV-00407 WBS-JFM

                    Plaintiff,

vs.                                                  **ORDER MODIFYING
                                                     SCHEDULING ORDER RE:
                                                     EXPERT DISCLOSURES**

BERKSHIRE LIFE INSURANCE COMPANY
OF AMERICA; THE GUARDIAN LIFE
INSURANCE COMPANY OF AMERICA,

                    Defendants.

_____/

         The parties having jointly requested modification of the Status (Pretrial Scheduling) Order

in this matter regarding expert disclosures, and good cause appearing, the Status (Pretrial

Scheduling) Order is modified, as follows:

         1.    Parties shall disclose  experts and produce reports in accordance with FRCP, Rule

               26(a)(2) by no later than January 26, 2006, and

         2.    Parties shall disclose supplemental experts and produce supplemental reports in

               accordance with FRCP, Rule 26(a)(2) by no later than February 24, 2006.

         **IT IS SO ORDERED**.

DATED:  May 25, 2005.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

lewis.ord

1