DOUGLAS K. deVRIES (SB#70633)
deVRIES LAW FIRM
1792 Tribute Road, Suite 480
Sacramento, CA  95815
Tel:	916/473-4343
Fax:	916/473-4342


ROBERT K. SCOTT  (SB#67466)
LAW OFFICES OF ROBERT K. SCOTT
7700 Irvine Center Drive, Suite 605
Irvine, CA 92618
Tel:	949/753-4950
Fax:	949/753-4949

Attorneys for Plaintiff


THOMAS M. HERLIHY (SBN 83615)
SEAN P. NALTY (SBN 121253)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA  94104
Telephone:  (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendants
THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA and
BERKSHIRE LIFE INSURANCE
COMPANY OF AMERICA


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE P. LEWIS,<br><br>         Plaintiff,<br><br>vs.<br><br>BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA; THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>         Defendants. | Case No. 2:05-CV-00407 WBS-JFM<br><br>**STIPULATION OF DISMISSAL; ORDER OF DISMISSAL WITH PREJUDICE**<br>_____ |

Stipulation of Dismissal; Order of Dismissal with Prejudice

Plaintiff Maurice P. Lewis ("plaintiff") and defendants Berkshire Life Insurance Company of America and The Guardian Life Insurance Company of America ("defendants") have settled this matter. Accordingly, plaintiff through his counsel of record Douglas K. deVries, deVries Law Firm, and defendants, through their counsel of record Sean P. Nalty, Kelly, Herlihy & Klein, hereby stipulate, as follows: This matter, having been settled, shall be dismissed with prejudice and in its entirety as to all parties and all claims for relief.

Dated: October 3, 2005

deVRIES LAW FIRM
LAW OFFICE OF ROBERT K. SCOTT

By: /s/ Douglas K. deVries
    DOUGLAS K. deVRIES
    Attorney for Plaintiff

Dated: October 3, 2005

KELLY, HERLIHY & KLEIN LLP

By: /s/ Sean P. Nalty
    Sean P. Nalty
    Attorney for Defendant
    THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and BERKSHIRE LIFE INSURANCE COMPANY OF AMERICA

## ORDER

Based on the stipulation of the parties set forth above, this matter is dismissed with prejudice and in its entirety as to all parties and all claims for relief.

**IT IS SO ORDERED.**

Dated: October 4, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation of Dismissal; Order of Dismissal with Prejudice    2